1  Bruce David White, Esq.  (SBN 120772)
   WHITE & ROSEMAN
2  1301 Dove Street Suite 1050
3  Newport Beach, CA 92660
   (949) 622-6100
4  (949) 852-2141 Fax

5  Attorneys for
6  Rose M. Magana

7

8                    UNITED STATES BANKRUPTCY COURT
9         CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11 Re:                                    )  Chapter 13
                                          )
12     ROSE M. MAGANA                      )  Case No.: 8:18-bk-12127-TA
                                          )
13                                         )  **OPPOSITION TO SECURED CREDITOR**
                                          )  **TROJAN CAPITAL INVESTMENT,**
14                                         )  **LLC'S MOTION TO RECONSIDER RE**
                   Debtor(s).             )  **ORDER GRANTING DEBTOR'S**
15                                         )  **MOTION FOR ORDER IMPOSING A**
                                          )  **STAY**
16                                         )
17                                         )  Confirmation Hearing:
18                                         )  Date: September 26, 2018
                                          )  Time: 3:00 pm
19                                         )  Ctrm: 5B
20

21      TROJAN CAPITAL INVESTMENTS, LLC ("Trojan") filed the (the "Motion") for

22 reconsideration of the Order Granting the Debtor's Motion for Order Imposing Stay (the

23 "Order") which the Court entered on August 1, 2018 [Docket No. 34] in the above-referenced

24 matter.  Their Motion is based that Rose Magana (the "Debtor") has not filed an amended

25 Schedule J, as she said she would at the 341(a).

26      On August 16, 2018, Debtor, filed an amended Schedule J [Docket No. 31]. The

27 amended Schedule J, No. 8 reduced the childcare and children's education costs from $720.00 to

28 $0.

―――――――――――――――――――――――――――――――――――――――
                    Opposition to Motion to Reconsider

1    After a review of Guild, Trojan, FTB, and the IRS Proofs of Claim, Debtor has filed a

2    second amended Plan, Docket # 54, to reflect the higher arrears over those scheduled in the

3    original Chapter 13 plan.  That resulted in Debtor's Chapter 13 Trustee plan payment increasing

4    from $1,918.00 for months 1-3 to $2,296.00 for months 4-60.  With Debtor reducing her

5    children's education cost from $720.00 to $0, she will now have sufficient funds to pay her

6    increased monthly Chapter 13 Trustee payment.

7    Therefore Trojan Capital Investment, LLC's, motion to reconsider should be denied.

8

9

10   Dated:  9/18/18                                    **WHITE & ROSEMAN**

11

12                                                       /s/ Bruce David White
                                                         Bruce David White
13                                                       Attorney for Rose M. Magana

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Opposition to Motion to Reconsider

1

## DECLARATION OF ROSE M. MAGANA

2

3      I, Rose M. Magana, declare as follows:

4      1.      I am the debtor in this Chapter 13 Bankruptcy proceeding.

5      2.      I have personal knowledge of the facts set forth below and if called upon to do so,

6   I could and would competently testify thereto in a Court of Law.

7      3.      On August 16, 2018, I, filed an amended Schedule J [Docket No. 31]. The

8   amended Schedule J, No. 8 reduced the childcare and children's education costs from $720.00 to

9   $0.

10     4.      After a review of Guild, Trojan, FTB, and the IRS Proofs of Claim, I filed a

11  second amended Plan, [Docket No. 54], to reflect the higher arrears over those scheduled in the

12  original Chapter 13 plan.

13     5.      My Chapter 13 Trustee plan payment increases from $1,918.00 for months 1-3 to

14  $2,296.00 for months 4-60.

15     6.      I have reduced my children's education cost from $720.00 to $0,.

16     7.      I will now have sufficient funds to pay my increased monthly Chapter 13 Trustee

17  payment.

18

19     I declare under penalty of perjury that the above and foregoing is true and correct to the

20  best of my knowledge.

21

22     Executed this 1_ day of Sept , 2018 at Newport Beach, California

23

24     _Rose Magana_

25     Rose M. Magana

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1301 Dove Street, Suite 1050, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO SECURED CREDITOR TROJAN CAPITAL INVESTMENT, LLC'S MOTION TO RECONSIDER RE ORDER GRANTING DEBTOR'S MOTION FOR ORDER IMPOSING A STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  9/18/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane (SA) Cohen (TR)    efile@ch13ac.com
Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
Rejoy Nalkara    rejoy.nalkara@americaninfosource.com
Richard J Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
Edward G Schloss    egs2@ix.netcom.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Bruce D White    whiteandroseman@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  9/18/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert, United States Bankruptcy Court, 411 W. Fourth Street, Suite 5058, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/18/18 | Kathe Enright | /s/ Kathe Enright |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE LIST:**

Capital One Auto Finance
a Division of Capital One3, N.A.
c/o AIS Portfolio Services LP
4515 N. Santa Fe Ave, Dept APS
Oklahoma City, OK 73118

Ford Motor Credit
PO Box 62180
Colorado Springs, CO 80962-2180

Franchise Tax Board
Personal BK Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Guild Mortgage
5898 Copley Drive, 4th Floor
San Diego, CA 92111

Internal Revenue Services
Central Solvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702

Trojan Capital Investments, LLC
2618 San Miguel Drive, Suite 316
Newport Beach, CA 92660